# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Erin Pfefferkorn, et al.

                                                Plaintiff,

v.                                                                                           Case No.: 1:17−cv−01223
                                                                                              Honorable John Robert Blakey

PrimeSource Health Group LLC, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 10, 2020:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 3/10/20. Plaintiffs' motion for approval of settlement, service award, and attorney' fees and costs [211] is granted. Based upon the record before it, and as further stated on the record in open court, the Court finds that the settlement represents a fair and reasonable resolution of a bona fide dispute under FLSA. This Court therefore approves the settlement and hereby dismisses this case without prejudice. Absent reinstatement on or before 9/1/2021, the dismissal will convert to one with prejudice without further order of the Court. Enter order approving settlement, service award, and attorneys' fees and costs. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.